Opinion filed January 11,
2013

 

                                                                      In The

                                                                              

             Eleventh Court of Appeals

                                           _______­­­___

 

                                    No. 11-12-00281-CR

                                                         ________

 

                             FORREST
LEWIS HATLEY, IV, Appellant

 

                                                               V.

 

                                         STATE
OF TEXAS, Appellee



 

                                      On
Appeal from the 39th District Court

                                                           Haskell
County, Texas

                                                       Trial
Court Cause No. 6570

 



 

                                             M
E M O R A N D U M    O P I N I O N

            Forrest
Lewis Hatley, IV has filed in this court a motion to dismiss his appeal. 
Pursuant to Tex. R. App. P. 42.2, the
motion is signed by both appellant and his counsel.

The
motion is granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM                                    

 

January 11, 2013

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of: Wright, C.J.,

McCall, J., and Willson, J.